Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
    1990 N. California Blvd. 8th Floor
    Walnut Creek, CA 94596
    Tel: (925) 222-7071
    Email: francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
JAC-QUES GEMEL LLOYD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAC-QUES GEMEL LLOYD,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN J. O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:24-cv-04438-AJR<br><br>[PROPOSED] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $6,300.00 as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: 10/11/24                                         _____
                                                               HON. A. JOEL RICHLIN
                                                               UNITED STATES MAGISTRATE JUDGE